No. 14–6010/AF. United States, Appellant/Cross–Appellee v. Aaron M. Buford, Appellee/Cross–Appellant. CCA 2013–26. On consideration of Appellee/Cross–

---

* Judge Ryan has recused herself in this case.

Appellant's petition for reconsideration of the Court's opinion, 74 M.J. 98 (C.A.A.F. 2015), it is ordered that said petition for reconsideration is hereby denied.